1  SEYFARTH SHAW LLP
   William J. Dritsas (State Bar No. 097523), wdritsas@seyfarth.com
2  Kamili Williams Dawson (State Bar No. 193264), kdawson@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NOB HILL PROPERTIES, INC. dba HUNTINGTON HOTEL
6
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
7  William Tamayo (State Bar No. 084965)
   Jonathan Peck (Virginia Bar No. 12303)
8  Cindy O'Hara (State Bar No. 114555), cindy.ohara@eeoc.gov
   San Francisco District Office
9  350 Embarcadero, Suite 500
   San Francisco, CA 94105
10 Telephone: (415) 625-5653
   Facsimile: (415) 6255657
11
   Attorneys for Plaintiff
12 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE No.   C 06-2104 MMC |
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXCHANGE INITIAL DISCLOSURES ;** |
| vs. | ) ) | ORDER THEREON |
| NOB HILL PROPERTIES, INC. dba HUNTINGTON HOTEL, | ) ) ) ) | |
| Defendants. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for June 23, 2006 at 10:30 a.m. be moved to July 14, 2006 at 10:30 a.m. based on the grounds that the principal attorney for Plaintiff will be out of the country and the principal attorney for Defendant will be out of the state. The parties have also agreed to

1

Stipulation re CMC; CASE No. C 0602104 MMC

exchange initial disclosures and documents on July 14, 2006. The parties' Joint Case Management Conference Statement and Rule 26(f) Report shall be due on July 7, 2006.

DATED: June 6, 2006                     SEYFARTH SHAW LLP

                                        By _____
                                           William Dritsas
                                           Kamili Williams Dawson
                                        Attorneys for Defendant
                                        NOB HILL PROPERTIES dba
                                        HUNTINGTON HOTEL


DATED: June 5, 2006                     EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION


                                        By _____
                                           Cindy O'Hara
                                        Attorneys for Plaintiff
                                        EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION


                                **ORDER**

IT IS SO ORDERED.


Date: June 8, 2006                      _____
                                        HONORABLE MAXINE M. CHESNEY
                                        U.S. DISTRICT JUDGE

2

Stipulation re CMC; CASE No. C 0602104 MMC