```
1   SEYFARTH SHAW LLP
    William J. Dritsas (SBN: 097523)
2   Kamili Williams Dawson (SBN: 193264)
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   Attorneys for Defendant
    NOB HILL PROPERTIES, INC. dba HUNTINGTON HOTEL
6
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
7   William Tamayo (SBN 084965)
    Jonathan T. Peck (VA Bar No. 12303)
8   Cindy O'Hara (SBN 114555)
    San Francisco District Office
9   350 The Embarcadero, Suite 500
    San Francisco, California 94105
10  Telephone: (415) 625-5653
    Facsimile: (415) 625-5657
11
    Attorneys for Plaintiff
12  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
```

13                  UNITED STATES DISTRICT COURT

14            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  EQUAL EMPLOYMENT OPPORTUNITY ) | Case No. C 06-2104 MMC |
| 16  COMMISSION ) ) | **STIPULATED REQUEST FOR ORDER** |
| 17        Plaintiff, ) ) | **EXTENDING MEDIATION DEADLINE** **AND [PROPOSED] ORDER** |
| 18     v. ) ) | [L.R. 6-2] |
| 19  NOB HILL PROPERTIES, INC. dba ) HUNTINGTON HOTEL ) | |
| 20        Defendant. ) | |

Pursuant to Local Rule 6-2, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Nob Hill Properties, Inc. dba Huntington Hotel ("Nob Hill") hereby stipulate and request that the Court extend the deadline for the parties to complete mediation from October 12, 2006 to November 10, 2006.

Good cause exists to extend the deadline, because the parties are conducting discovery necessary to facilitate mediation and possible resolution of this matter. Further, the assigned mediator is out of the country until the last week in October, 2006. There has not been any other

1  time modification for mediation in this matter.  Extending the mediation deadline will not affect
2  the schedule of the case.

3  DATED: October 4, 2006                    EQUAL EMPLOYMENT OPPORTUNITY
                                             COMMISSION
4
5
                                             By _____
6                                               Cindy O'Hara
                                             Attorneys for Plaintiff
7                                            EQUAL EMPLOYMENT OPPORTUNITY
                                             COMMISSION
8
   DATED: October ____, 2006                 SEYFARTH SHAW LLP
9
                                                      /s/
10
                                             By _____
11                                              Kamili Williams Dawson
                                             Attorneys for Defendant
12                                           NOB HILL PROPERTIES, INC. DBA
                                             HUNTINGTON HOTEL
13

14       **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the mediation deadline is
15  extended from October 12, 2006 to November 10, 2006:

16
17  Date: October 6, 2006                    _____
                                             HONORABLE MAXINE M. CHESNEY
18                                           UNITED STATES DISTRICT COURT JUDGE

19
20
21
22
23
24
25
26
27
28

                                         2
                Stipulation Re Mediation Date -- Case No. CV 04-05082 MMC