IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>NOB HILL PROPERTIES, INC.,<br><br>    Defendant / | No. C 06-2104 MMC<br><br>**ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT CERTIFICATION THAT AGREED CONSIDERATION HAS NOT BEEN DELIVERED** |

   Plaintiff having certified that the settlement consideration has not been delivered and having stated its belief that the consideration will be delivered in the near future,

   IT IS HEREBY ORDERED that either party shall have until March 9, 2007 to certify to the Court, with proof of service on opposing counsel, that the agreed consideration for settlement has not been delivered over.  Upon proper certification, the Order of Dismissal, filed November 6, 2006, shall be vacated and the cause shall forthwith be restored to the calendar to be set for trial.

   **IT IS SO ORDERED.**

Dated: February 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge